| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): William Green, 129816 DELFINO, GREEN & GREEN 1010 B Street San Rafael, CA 94901 | TELEPHONE NO: (415) 442-4646 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No: none | FILED 08 MAR 21 PM 3:21 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| Insert name of court, judicial district or branch court, if any: United States District Court 450 Golden Gate Avenue San Francisco, CA 94102-3483 | | |
| PLAINTIFF: Ashley Matchett Woods | | |
| DEFENDANT: CIGNA Group Insurance and Doremus & Company | | |

| PROOF OF SERVICE | DATE: 6/18/2008 | TIME: 10:30 AM | DEPT/DIV: F | CASE NUMBER: CV 08 1299 JL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Civil Case Cover Sheet, Notice of Assignment of Case to A United States Magistrate Judge for Trial, ECF registration Information Handout, Consent to Proceed before A U.S. Magistrate, Decliniation to Proceed Before A Magistrate Judge, Order Setting Case Management Conference, List of U.S. District Judges, Drop Box Filing Procedures, Welcome to the U.S. District Court

2. Party Served:        Doremus & Company

3. Person Served:       Becky DeGeorge @ CSC - Person authorized to accept service of process

4. Date & Time of Delivery:   3/17/2008        2:10 PM

5. Address, City and State:   2730 Gateway Oaks, Drive, Suite 100
                              Sacramento, CA 95833

6. Manner of Service:   Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 30.00

Registered California process server.
County: SACRAMENTO
Registration No.: 2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/20/2008 at Oakland, California.

Signature: _____
Tyler Dimaria

FF# 6658860