UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHLEY MATCHETT WOODS,

        Plaintiff(s),

v.

CIGNA GROUP INSURANCE; DOREMUS & COMPANY,

        Defendant(s).
_____ /

No. C 08-01299

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 7, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Charan M. Higbee
_____
**Charan M. Higbee, Esq.
Counsel for Defendant
Omnicom Group Health and Welfare
Benefit Plan (erroneously sued herein
as Doremus & Company**

NDC-06

# CERTIFICATE OF SERVICE
*Ashley Matchett Woods v. CIGNA Group Insurance, et al.*
*USDC NDCA Case #CV08-01299 JL*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

William Green, Esq.
DELFINO, GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Tel:   (415) 442-4646
Fax:   (415) 442-4802

*Attorneys for Plaintiff*
*ASHLEY MATCHETT WOODS*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **April 7, 2008** at San Francisco, California.

_____
Nancy Li

1

USDC NDCA Case #CV08-01299 JL
331892.1