1  ADRIENNE C. PUBLICOVER (SBN 161432)
   CHARAN M. HIGBEE (SBN 148293)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant
6  OMNICOM GROUP HEALTH AND WELFARE
   BENEFIT PLAN (erroneously sued herein as
7  DOREMUS & COMPANY)

8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13

14 ASHLEY MATCHETT WOODS,              ) Case No.:   CV08-01299 JL
                                       )
15            Plaintiff,               ) STIPULATION TO EXTEND TIME TO
                                       ) ANSWER OR OTHERWISE RESPOND
16     v.                              ) TO PLAINTIFF'S COMPLAINT; AND
                                       ) [PROPOSED] ORDER
17 CIGNA GROUP INSURANCE; DOREMUS &    )
   COMPANY,                            ) [Local Rule 6-1]
18                                     )
              Defendants.              )
19                                     )
                                       )
20                                     )
                                       )
21 _____ )

22

23     IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, by and between plaintiff

24 Ashley Matchett Woods and defendant Omnicom Group Health and Welfare Benefit Plan

25 (erroneously sued herein as Doremus & Company), through their attorneys of record, as follows:

26

27

28
                                           1
       STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
                 PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
   USDC NDCA Case #CV08-01299 JL
   333254.1

1.    The response of defendant Omnicom Group Health and Welfare Benefit Plan (erroneously sued herein as Doremus & Company) to plaintiff's Complaint currently is due on April 7, 2008;

2.    The parties have agreed that defendant Omnicom Group Health and Welfare Benefit Plan shall be substituted in place of defendant Doremus & Company in this action;

3.    The parties have agreed that defendant Omnicom Group Health and Welfare Benefit Plan may have an extension to and including April 30, 2008 to answer or otherwise respond to the Complaint herein; and

4.    This extension will not alter the date of any event or any deadline already fixed by Court order.

Date: April 7, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:   */s/ Charan M. Higbee*
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendant
OMNICOM GROUP HEALTH AND
WELFARE BENEFIT PLAN (erroneously sued herein as DOREMUS & COMPANY)

Date: April 7, 2008

DELFINO, GREEN & GREEN

By:   */s/ William Green*
WILLIAM GREEN, ESQ.
Attorneys for Plaintiff
ASHLEY MATCHETT WOODS

**ORDER**

IT IS SO ORDERED.

Date:_____ By:_____
United States District Court Judge

---

2
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
USDC NDCA Case #CV08-01299 JL
333254.1

# CERTIFICATE OF SERVICE
*Ashley Matchett Woods v. CIGNA Group Insurance, et al.*
*USDC NDCA Case #CV08-01299 JL*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

William Green, Esq.
DELFINO, GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Tel:    (415) 442-4646
Fax:    (415) 442-4802

*Attorneys for Plaintiff*
*ASHLEY MATCHETT WOODS*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **April 7, 2008** at San Francisco, California.

_____
Nancy Li

---

3
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER
USDC NDCA Case #CV08-01299 JL
333254.1