UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHLEY MATCHETT WOODS

      Plaintiff(s),                                  No. 08-01299 JL

   v.                                         NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

CIGNA GROUP INS.

      Defendant(s).
_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

       (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for June 18, 2005 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: April 8, 2008

                                                Richard W. Wieking, Clerk
                                                United States District Court

                                                _____
                                                By: Wings Hom, Deputy Clerk