**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                415.522.2000


**April 8, 2008**

**CASE NUMBER:  CV 08-01299 JL**
**CASE TITLE:  ASHLEY MATCHETT WOODS-v-CIGNA GROUP INS.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 4/8/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                     Entered in Computer 4/8/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                              Transferor CSA