1   ADRIENNE C. PUBLICOVER  (SBN 161432)
    CHARAN M. HIGBEE (SBN 148293)
2   WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
3   525 Market Street, 17th Floor
    San Francisco, CA  94105
4   Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
5
    Attorneys for Defendants
6   OMNICOM GROUP HEALTH AND WELFARE
    BENEFIT PLAN (erroneously sued herein as
7   DOREMUS & COMPANY) and LIFE INSURANCE
    COMPANY OF NORTH AMERICA
8

9

10

                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13

14

    ASHLEY MATCHETT WOODS,                )   Case No.:      CV08-01299 PJH
15                                         )
                Plaintiff,                 )   **STIPULATION TO SUBSTITUTE LIFE
16                                         )   INSURANCE COMPANY OF NORTH
         v.                                )   AMERICA IN THIS ACTION IN
17                                         )   PLACE OF DEFENDANT CIGNA
    CIGNA GROUP INSURANCE; DOREMUS &       )   GROUP INSURANCE; AND
18  COMPANY,                               )   [PROPOSED] ORDER**
                                           )
19              Defendants.                )
                                           )
20  _____    )

21        **IT IS HEREBY STIPULATED,** by and between plaintiff Ashley Matchett Woods,

22  defendant Omnicom Group Health and Welfare Benefit Plan (erroneously sued herein as Doremus

23  & Company), and Life Insurance Company of North America ("LINA"), through their attorneys of

24  record, as follows:

25        1.      LINA is the insurance company that provided group disability insurance to the

26  employee welfare benefit plan which is a subject of this action and pursuant to which plaintiff

27  claims an entitlement to disability benefits;

28
                                          1
    **STIPULATION TO SUBSTITUTE LIFE INSURANCE COMPANY OF NORTH AMERICA IN THIS
    ACTION IN PLACE OF DEFENDANT CIGNA GROUP INSURANCE; AND [PROPOSED] ORDER**
    USDC NDCA Case #CV08-01299 PJH
    348201.1

1    2.    The parties therefore have agreed that LINA shall be substituted in this action in the

2    place of defendant Cigna Group Insurance;  and

3    3.    Defendant LINA shall file a response to plaintiff's Complaint on or before April 30,

4    2008.

5

6    Date: April 22, 2008                    WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP
7

8

9    By:_____/s/ Charan M. Higbee_____
                                             ADRIENNE C. PUBLICOVER
                                             CHARAN M. HIGBEE
10                                           Attorneys for Defendants
                                             OMNICOM GROUP HEALTH AND
11                                           WELFARE BENEFIT PLAN (erroneously
                                             sued herein as DOREMUS & COMPANY)
12                                           and LIFE INSURANCE COMPANY OF
                                             NORTH AMERICA
13

14
     Date:  April 22, 2008                   DELFINO, GREEN & GREEN
15

16

17   By:___/s/ William Green_____
                                             WILLIAM GREEN, ESQ.
18                                           Attorneys for Plaintiff
                                             ASHLEY MATCHETT WOODS
19

20                        **ORDER**

21   **IT IS SO ORDERED.**

22

23

24   Date:_____    By:_____
                                             Honorable Phyllis J. Hamilton
                                             United States District Court Judge
25

26

27

28
                                       2
     **STIPULATION TO SUBSTITUTE LIFE INSURANCE COMPANY OF NORTH AMERICA IN THIS**
     **ACTION IN PLACE OF DEFENDANT CIGNA GROUP INSURANCE; AND [PROPOSED] ORDER**
     USDC NDCA Case #CV08-01299 PJH
     348201.1