ADRIENNE C. PUBLICOVER (SBN 161432)
CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
OMNICOM GROUP HEALTH AND WELFARE
BENEFIT PLAN (erroneously sued herein as
DOREMUS & COMPANY) and LIFE INSURANCE
COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MATCHETT WOODS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CIGNA GROUP INSURANCE; DOREMUS & COMPANY,<br><br>　　　　Defendants. | Case No.:    CV08-01299 PJH<br><br>**STIPULATION TO SUBSTITUTE LIFE INSURANCE COMPANY OF NORTH AMERICA IN THIS ACTION IN PLACE OF DEFENDANT CIGNA GROUP INSURANCE; AND [PROPOSED] ORDER** |

　　**IT IS HEREBY STIPULATED,** by and between plaintiff Ashley Matchett Woods, defendant Omnicom Group Health and Welfare Benefit Plan (erroneously sued herein as Doremus & Company), and Life Insurance Company of North America ("LINA"), through their attorneys of record, as follows:

　　1.　　LINA is the insurance company that provided group disability insurance to the employee welfare benefit plan which is a subject of this action and pursuant to which plaintiff claims an entitlement to disability benefits;

2. The parties therefore have agreed that LINA shall be substituted in this action in the place of defendant Cigna Group Insurance; and

3. Defendant LINA shall file a response to plaintiff's Complaint on or before April 30, 2008.

Date: April 22, 2008                                WILSON, ELSER, MOSKOWITZ,
                                                    EDELMAN & DICKER LLP


                                         By:_____/s/ Charan M. Higbee_____
                                              ADRIENNE C. PUBLICOVER
                                              CHARAN M. HIGBEE
                                              Attorneys for Defendants
                                              OMNICOM GROUP HEALTH AND
                                              WELFARE BENEFIT PLAN (erroneously
                                              sued herein as DOREMUS & COMPANY)
                                              and LIFE INSURANCE COMPANY OF
                                              NORTH AMERICA


Date:  April 22, 2008                               DELFINO, GREEN & GREEN


                                         By:_____/s/ William Green_____
                                              WILLIAM GREEN, ESQ.
                                              Attorneys for Plaintiff
                                              ASHLEY MATCHETT WOODS

                                    **ORDER**

**IT IS SO ORDERED.**


Date: 4/23/08                            By:_____
                                              Honorable Phyllis J. Hamilton
                                              United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

---

2
**STIPULATION TO SUBSTITUTE LIFE INSURANCE COMPANY OF NORTH AMERICA IN THIS
ACTION IN PLACE OF DEFENDANT CIGNA GROUP INSURANCE; AND [PROPOSED] ORDER**
USDC NDCA Case #CV08-01299 PJH
348201.1