```
ADRIENNE C. PUBLICOVER  (SBN 161432)
CHARAN M. HIGBEE  (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendants
OMNICOM GROUP HEALTH AND
WELFARE BENEFIT PLAN AND
LIFE INSURANCE COMPANY OF NORTH AMERICA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MATCHETT WOODS,<br><br>   Plaintiff,<br><br>   v.<br><br>CIGNA GROUP INSURANCE; DOREMUS & COMPANY,<br><br>   Defendants. | Case No.:    CV08-01299 PJH<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** [Civil L.R. 3-16]<br><br>Courtroom    :    3<br>Floor        :    17<br>Honorable Phyllis J. Hamilton<br><br>Filing Date  :    March 5, 2008 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1  Connecticut General Corporation, a Connecticut corporation, is the parent company of defendant Life Insurance Company of North America. Connecticut General Corporation is a wholly-owned subsidiary of CIGNA Holdings, Inc. CIGNA Holdings, Inc. is a wholly-owned subsidiary of CIGNA Corporation.

Date: April 30, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____/s/ Charan M. Higbee_____
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendants
OMNICOM GROUP HEALTH AND WELFARE BENEFIT PLAN AND LIFE INSURANCE COMPANY OF NORTH AMERICA

---

2
**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
USDC NDCA Case #CV08-01299 PJH
349277.1

# CERTIFICATE OF SERVICE
*Ashley Matchett Woods v. CIGNA Group Insurance, et al.*
*USDC NDCA Case #CV08-01299 PJH*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

__☐__ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

__☐__ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

__☐__ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

William Green, Esq.
DELFINO, GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Tel: (415) 442-4646
Fax: (415) 442-4802

*Attorneys for Plaintiff*
*ASHLEY MATCHETT WOODS*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **April 30, 2008** at San Francisco, California.

_____
Nancy Li