UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** June 19, 2008                                    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1299 PJH

**Case Name:** Ashley Matchett Woods v. Cigna Group Insurance, et al.

**Attorney(s) for Plaintiff:**     William Green
**Attorney(s) for Defendant:**     Charan Higbee

**Deputy Clerk**: Nichole Heuerman          **Court Reporter**: Not Reported

**PROCEEDINGS**

    Initial Case Management Conference-Held. The court has already referred this case to private ADR. The parties shall file cross motions for summary judgment by 9/17/08. The cross motions shall be noticed for hearing on 10/29/08.

**Order to be prepared by:**   [] Pl  [] Def  [] Court

**Notes:**

**cc:** file; Alex