ADRIENNE C. PUBLICOVER (SBN 161432)
CHARAN M. HIGBEE (SBN 148293)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants
OMNICOM GROUP HEALTH AND
WELFARE BENEFIT PLAN AND
LIFE INSURANCE COMPANY OF NORTH AMERICA

WILLIAM GREEN (SBN 129816)
DELFINO, GREEN & GREEN
1010 B Street
San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-4802

Attorneys for Plaintiff
ASHLEY MATCHETT WOODS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MATCHETT WOODS,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA GROUP INSURANCE; DOREMUS & COMPANY,<br><br>Defendants. | Case No.: CV08-01299 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>**[F.R.C.P. 41]**<br><br>Courtroom : 3<br>Floor : 17<br>Honorable Phyllis J. Hamilton<br><br>Filing Date : March 5, 2008 |

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Ashley Matchett Woods and defendants Omnicom Group Health and Welfare Benefit Plan and Life

Insurance Company of North America, acting through their attorneys of record, that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

Date: August 13, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Charan M. Higbee*
ADRIENNE C. PUBLICOVER
CHARAN M. HIGBEE
Attorneys for Defendants
OMNICOM GROUP HEALTH AND WELFARE BENEFIT PLAN AND LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: August 12, 2008

DELFINO, GREEN & GREEN

By: */s/ William Green*
WILLIAM GREEN, ESQ.
Attorneys for Plaintiff
ASHLEY MATCHETT WOODS

**ORDER**

The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date:______________

By:_______________________________
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**
*Ashley Matchett Woods v. CIGNA Group Insurance, et al.*
*USDC NDCA Case #CV08-01299 PJH*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_: **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_: **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_: **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

William Green, Esq.
DELFINO, GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Tel: (415) 442-4646
Fax: (415) 442-4802

***Attorneys for Plaintiff***
***ASHLEY MATCHETT WOODS***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **August 13, 2008** at San Francisco, California.

Nancy Li