1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   CHARAN M. HIGBEE  (SBN 148293)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendants
6  OMNICOM GROUP HEALTH AND
   WELFARE BENEFIT PLAN AND
7  LIFE INSURANCE COMPANY OF NORTH AMERICA

8

   WILLIAM GREEN  (SBN 129816)
9  DELFINO, GREEN & GREEN
   1010 B Street
10 San Rafael, CA  94901
   Telephone:   (415) 442-4646
11 Facsimile:   (415) 442-4802

12 Attorneys for Plaintiff
   ASHLEY MATCHETT WOODS
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 ASHLEY MATCHETT WOODS,          ) Case No.:   CV08-01299 PJH
                                   )
18        Plaintiff,               ) **STIPULATION OF DISMISSAL WITH**
                                   ) **PREJUDICE AND [P~~ROPOSE~~D] ORDER**
19    v.                           ) **THEREON**
                                   )
20 CIGNA GROUP INSURANCE; DOREMUS  ) [F.R.C.P. 41]
   & COMPANY,                      )
21                                 ) Courtroom  :   3
         Defendants.                ) Floor      :   17
22                                 ) Honorable Phyllis J. Hamilton
                                   )
23                                 ) Filing Date  :   March 5, 2008
                                   )
24 ─────────────────────────────────

25     **IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff Ashley

26 Matchett Woods and defendants Omnicom Group Health and Welfare Benefit Plan and Life

27 ─────────────────────────────────────────────────────────────────
                                        1
28   **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
   USDC NDCA Case #CV08-01299 PJH
   368872.1

1  Insurance Company of North America, acting through their attorneys of record, that the above-
2  entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to
3  Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

Date: August 13, 2008                    WILSON, ELSER, MOSKOWITZ,
                                              EDELMAN & DICKER LLP

                                  By:    /s/ Charan M. Higbee
                                         ADRIENNE C. PUBLICOVER
                                         CHARAN M. HIGBEE
                                         Attorneys for Defendants
                                         OMNICOM GROUP HEALTH AND WELFARE
                                         BENEFIT PLAN AND LIFE INSURANCE
                                         COMPANY OF NORTH AMERICA

Date: August 12, 2008                    DELFINO, GREEN & GREEN

                                  By:    /s/ William Green
                                         WILLIAM GREEN, ESQ.
                                         Attorneys for Plaintiff
                                         ASHLEY MATCHETT WOODS

### ORDER

The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Date: 8/15/08                     By: _____
                                      HON. PHYLLIS J. HAMILTON
                                      UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Phyllis J. Hamilton

# CERTIFICATE OF SERVICE
*Ashley Matchett Woods v. CIGNA Group Insurance, et al.*
USDC NDCA Case #CV08-01299 PJH

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

William Green, Esq.
DELFINO, GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Tel:   (415) 442-4646
Fax:   (415) 442-4802

*Attorneys for Plaintiff*
*ASHLEY MATCHETT WOODS*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **August 13, 2008** at San Francisco, California.

_____
Nancy Li